**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7943**

---

MICHAEL O. DEVAUGHN, a/k/a Michael DeVaughn,

Plaintiff - Appellant,

versus

ISAAC JOHNSON, JR., Assistant United States
Attorney; J. WESLEY HOLBROOK, Assistant United
States Attorney,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Margaret B. Seymour, District Judge.
(CA-01-2657-4-24)

---

Submitted:  March 11, 2004          Decided:  March 18, 2004

---

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael O. DeVaughn, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael O. DeVaughn appeals the district court's order denying relief on his motion to reconsider under Fed. R. Civ. P. 60(b). We have reviewed the record and find that DeVaughn failed to establish ground for relief under the Rule. See Fed. R. Civ. P. 60(b). Thus, we do not find that the district court abused its discretion in denying the motion. United States v. Holland, 214 F.3d 523, 527 (4th Cir. 2000). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED